UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY TOMKO,<br><br>Plaintiff,<br><br>v.<br><br>MASINELLI MANAGEMENT AND CONSTRUCTION, INC. and TRITON ENTERPRISES CORP., JOHN MASINELLI and RUSSELL MASSINELLI<br><br>Defendants. | )<br>)<br>)<br>)<br>)  No. 22-CV-00702<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

COMES NOW Sarah Jane Hunt of Kennedy Hunt P.C. and enters her appearance on behalf of the above-name Plaintiff.

Respectfully submitted by:

/s/ Sarah Jane Hunt
Sarah Jane Hunt
Thomas E. Kennedy, III
Kennedy Hunt P.C.
4500 West Pine Blvd.
St. Louis, MO 63108
314-872-9041
sarahjane@kennedyhuntlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that Plaintiff served a copy of the foregoing on all counsel of record via U.S. Mail on April 8, 2022.

/s/ Sarah Jane Hunt
Sarah Jane Hunt