IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY TOMKO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-702-JPG |
| ) | |
| MASINELLI MANAGEMENT AND ) | |
| CONSTRUCTION, INC., TRITON ) | |
| ENTERPRISES CORP., JOHN ) | |
| MASINELLI AND RUSSELL ) | |
| MASINELLI, ) | |
| ) | |
| Defendants. ) | |

## *NOTICE OF SETTLEMENT*

NOW Comes the Defendant, Triton Enterprises Corp., by Bleyer and Bleyer, its attorneys, and advises this Honorable Court the captioned case has been settled in its entirety. Our Mediator, Stephen C. Williams, continued to work and discuss the issues with the parties following the Zoom Mediation on August 9, 2023. With Attorney William's guidance and perseverance, the case is now settled. The parties are in the process of negotiating the settlement documents and it is expected the parties will submit to this Honorable Court within the next sixty days a Stipulation for Dismissal, asking the case be dismissed in its entirety.

Respectfully submitted,

BLEYER and BLEYER

S/Joseph A. Bleyer

Attorney Registration No. 6193192
Attorneys for Defendant,
Triton Enterprises, Corp.

BLEYER and BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:    (618) 997-1331
Fax:                (618) 997-6559
e-mail:          *jableyer@bleyerlaw.com*

## *CERTIFICATE OF SERVICE*

I hereby certify that on September 1, 2023, I electronically filed an Answer on behalf of Triton Enterprises Corp. with the Clerk of the Court using CM/ECF System which will send notifications of such filing to the following:

>SARAH JANE HUNT
>KENNEDY HUNT, P.C.
>4500 WEST PINE BLVD.
>ST. LOUIS, MO 63108
>sarahjane@kennedyhuntlaw.com
>
>SUSAN M. SIMONE
>LAND OF LINCOLN LEGAL AID
>DOROTHY COOK COMMUNITY LAW CENTER
>8787 STATE STREET, SUITE 201
>EAST ST. LOUIS, IL 62203
>ssimone@lincolnlegal.org
>
>DAVID A. SCHOTT
>RYNEARSON, SUESS, SCHNURBUSCH & CHAMPION, LLC
>107 SOUTHPOINTE DRIVE
>EDWARDSVILLE, IL 62025
>dschott@rssclaw.com

                                    S/Joseph A. Bleyer

BLEYER and BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618) 997-1331
Fax:              (618) 997-6559
e-mail:         *jableyer@bleyerlaw.com*