IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARY TOMKO,

Plaintiff,

v.

MASINELLI MANAGEMENT
AND CONSTRUCTION, INC., *et al.*,

Defendants.

Case No. 22-cv-702 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 12/19/2023          MONICA A. STUMP, Clerk of Court

                           s/ Tina Gray, Deputy Clerk


Approved:    *s/J. Phil Gilbert*
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**